UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>Silvestre Montoya-Flores )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR236-JAH<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06908298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Jesus Abraham Jimenez-Vivanco

DATED: 1-29-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____        OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
       Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                   ☆ U.S. GPO: 2003-581-774/70082