UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Silvestre Montoya-Flores )<br>)<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR236-JAH<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06908298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Maria Elena Soto-Martinez

DATED: 1-29-08

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                  DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062